### In the Interest of R.R.L.

### No. ED 85098.

Missouri Court of Appeals,
Eastern District,
Division One.

April 5, 2005.

James Forrest Lemon, Hannibal, MO, for Appellant.

Jacqueline Butler, Joshua M. Raaz, New London, MO, for Respondent.

Philip Jon McIntosh, Guardian Ad Litem, Kirksville, MO, for Juvenile.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

### ORDER

PER CURIAM.

Appellant, Tammy Lynn Lacy ("Mother"), appeals from the judgment of the Circuit Court of Ralls County terminating her parental rights to R.R.L. ("Child"). We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b). We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision.